## IN THE CIRCUIT COURT OF PRENTISS COUNTY, MISSISSIPPI

**SYLVESTER JONES**                                                    **PLAINTIFF**

**vs.**                                           **CIVIL ACTION NO. CV2007-000199G**

**G.D. SEARLE, LLC, ET AL.**                                        **DEFENDANTS**

---

### CLERK'S CERTIFICATE

---

I hereby certify that attached hereto is a true and correct copy of the entire file, including all process, pleadings, and orders, presented to this office for filing, docketed, and filed in this office as of this date in the above-referenced matter.

IN WITNESS HEREOF, I have hereunto set my hand and seal of said Court of Prentiss County, State of Mississippi, this 13th day of July, 2007.

**J.F. BUD GREEN, CLERK OF CIRCUIT COURT OF PRENTISS COUNTY, MISSISSIPPI**

BY: _Sam Keeton_ _____, D.C.

[ SEAL ]



**EXHIBIT**

**A**

CIRCUIT COURT

PRENTISS COUNTY, MISSISSIPPI

ATTESTING CERTIFICATE OF AUTHENTICITY

I, BUD GREEN, Clerk of Circuit Court, Prentiss County, Mississippi, and keeper of records and seal thereof, hereby certify that the documents attached hereto are true copies of _Sylvester Jones_ v. Pfizer, Inc. etal ,

filed on _June 08_ , _2007_ , in

Cause No. _CV2007-000199(G)_, _Sylvester Jones_

VS. _Pfizer, Inc, etal_ .

In witness whereof, I hereunto sign my name and affix the seal of said Court in said County at Booneville, Mississippi, this the _12th_ day of _July_ , _2007_ .

S E A L

_Bud Green by Pam Keeton, D.C._
CIRCUIT CLERK

*Hardner*

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 1/1/2001)

**Court Identification**
Docket Number
| 5 | 9 | 1 | C | I |
County #   Judicial   Court ID
District (CH, CI, CO)

**Case Year**
| 2 | 0 | 0 | 7 |

**Docket Number**
| | 1 | 9 | 9 |
| | 1 | 7 |
Local Docket ID

| 0 | 6 | 0 | 8 | 0 | 7 |
Month     Date     Year

This area to be completed by clerk

Case Number if filed prior to 1/1/94

IN THE **CIRCUIT** COURT OF **PRENTISS** COUNTY

Short Style of Case: Sylvester Jones v. Pfizer, Inc. et al

Party Filing Initial Pleading: Type/Print Name   Navan Ward, Jr.   MS Bar No. **100921**

___ Check (✓) if Not an Attorney     Check (✓) if Pro Hac Vice     Signature *Navan Ward Jr.*

Compensatory Damages Sought: $ _____   Punitive Damages Sought: $ _____

**Is Child Support contemplated as an issue in this suit?** ___ Yes  ✓ No   If "yes" is checked, please submit a completed Child Support Information Sheet with Final Decree/Judgment

PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual   Jones                    Sylvester                (                              )
             Last Name               First Name              Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

Address of Plaintiff 2707-B South Second Street Booneville, Mississippi  38829

___ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____

Business _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual _____                   _____                 (                              )
             Last Name               First Name              Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____

Business _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

✓ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A:  Pfizer, Inc.

ATTORNEY FOR THIS DEFENDANT: _____  Bar No. _____ or   Name: _____        Pro Hac Vice (✓) ___
(If known)

---

*In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.*

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employmt Security Comm
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other

**FILED**
**JUN 0 8 2007**
**BUD GREEN**
**CIRCUIT CLERK**

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- ✓ Products Liability
- Wrongful Death
- Other

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other

# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

JERE LOCKE BEASLEY
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
J. COLE PORTIS
W. DANIEL MILES, III
R. GRAHAM ESDALE, JR.
JULIA ANNE BEASLEY
RHON E. JONES
LABARRON N. BOONE
ANDY D. BIRCHFIELD, JR.
RICHARD D. MORRISON ·
C. GIBSON VANCE
J. P. SAWYER · ·
C. LANCE GOULD

JOSEPH H. AUGHTMAN
DANA G. TAUNTON
J. MARK ENGLEHART ·
CLINTON C. CARTER · · ·
BENJAMIN E. BAKER, JR. · · · · ·
DAVID B. BYRNE, III
TED G. MEADOWS · · · · ·
GERALD B. TAYLOR, JR. · · · ·
FRANK WOODSON
KENDALL C. DUNSON ·
J. PAUL SIZEMORE ·
SCARLETTE M. TULEY
CHRISTOPHER E. SANSPREE ·
ROMAN ASHLEY SHAUL · · · ·
W. ROGER SMITH, III · · · · ·

*Attorneys at Law*
218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN.COM

LARRY A. GOLSTON, JR. · · ·
D. MICHAEL ANDREWS
MELISSA A. PRICKETT
JOHN E. TOMLINSON
KIMBERLY R. WARD ·
NAVAN WARD, JR. ·
WESLEY CHADWICK COOK

OF COUNSEL:
BENJAMIN L. LOCKLAR
P. LEIGH O'DELL

▼ ALSO ADMITTED IN ARIZONA
□ ALSO ADMITTED IN ARKANSAS
◊ ALSO ADMITTED IN FLORIDA
△ ALSO ADMITTED IN GEORGIA
= ALSO ADMITTED IN MISSISSIPPI
* ALSO ADMITTED IN MINNESOTA
⊕ ALSO ADMITTED IN NEW YORK
μ ALSO ADMITTED IN OHIO
◉ ALSO ADMITTED IN OKLAHOMA
⊖ ALSO ADMITTED IN SOUTH CAROLINA
† ALSO ADMITTED IN TENNESSEE
# ALSO ADMITTED IN TEXAS
Σ ALSO ADMITTED IN WASHINGTON, D.C.
∇ ALSO ADMITTED IN WEST VIRGINIA

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

June 7, 2007

Civil Circuit Clerk
Prentiss County Courthouse
103 N. Main Street
Booneville, Mississippi 38829

Re:     *Jones, Sylvester v. Pfizer, Inc. et al.*

To Whom It May Concern:

Enclosed herein please find for filing with your Court a Summons, Complaint, and Civil Cover Sheet in the above referenced matter.  For our records, please file stamp the extra copy of the complaint and summons and return them in the enclosed self addressed, pre-stamped envelope. I will serve each Defendant and return the Proof of Service to your Court for filing.

Further, please find our firm's check in the amount of $113.00 to cover the filing fee with jury demand for this matter.

Please do not hesitate to contact me if you should have any questions or need anything further in order to process this request.

Sincerely,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

*Angela R. Upton*

Angela R. Upton
Legal Assistant to Navan Ward, Jr.

Enclosures

IN THE <u>CIRCUIT</u> COURT OF <u>PRENTISS</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____    _____    Docket No. If Filed
    File Yr        Chronological No.        Clerk's Local ID    Prior to 1/1/94 _____

## DEFENDANTS IN REFERENCED CAUSE - Page 1 of __ Defendants Pages
## IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

### Defendant #2:

**Individual:** _____ _____ ( _____ ) _____ _____
              Last Name              First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

____Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

____Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

✓ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A <u>G.D. Searle LLC</u>

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

### Defendant #3:

**Individual:** _____ _____ ( _____ ) _____ _____
              Last Name              First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

____Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

____Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

✓ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A <u>Pharmacia Corporation</u>

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

### Defendant #4:

**Individual:** _____ _____ ( _____ ) _____ _____
              Last Name              First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

____Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

____Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

✓ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A <u>Monsanto Company</u>

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

FILED

JUN 0 8 2007

BUD GREEN
CIRCUIT CLERK

IN THE <u>CIRCUIT</u> COURT OF <u>PRENTISS</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF

Docket No._____ - _____ _____    Docket No. If Filed    _____
    File Yr       Chronological No.     Clerk's Local ID    Prior to 1/1/94

### DEFENDANTS IN REFERENCED CAUSE - Page ___ of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant # ___ :**

**Individual:** <u>Burkes</u> _____ <u>Lindsay</u> _____ ( _____ ) _____ _____
          Last Name         First Name        Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** <u>Hooker</u> _____ <u>Ryan</u> _____ ( _____ ) _____ _____
          Last Name         First Name        Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** <u>Joyner</u> _____ <u>William</u> _____ ( <u>Seth</u> _____ ) _____ _____
          Last Name         First Name        Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**Business** _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**FILED**

**JUN 0 8 2007**

**BUD GREEN**
**CIRCUIT CLERK**

IN THE <u>CIRCUIT</u>    COURT OF <u>PRENTISS</u>    COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF

Docket No._____-_____    Docket No. If Filed
       File Yr       Chronological No.      Clerk's Local ID       Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page ___ of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # ___ :**

**Individual:** <u>Poole</u>    <u>Christopher</u>    (_____)  _____  _____
       Last Name       First Name       Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** <u>Waters</u>    <u>Brent</u>    (_____)  _____  _____
       Last Name       First Name       Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** <u>Wells</u>    <u>Stennis</u>    (_____)  _____  _____
       Last Name       First Name       Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
       Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    Pro Hac Vice (✓)___ Not an Attorney(✓)___

**FILED**

**JUN 0 8 2007**

**BUD GREEN**
**CIRCUIT CLERK**

FILED 6/6/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

IN THE CIRCUIT COURT OF
PRENTISS COUNTY, MISSISSIPPI

|  |  |  |
|---|---|---|
| SYLVESTER JONES, individually | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO: |
| | * | CV2007-000199 G |
| | * | |
| G. D. SEARLE, LLC. | * | |
| PHARMACIA CORPORATION, | * | |
| MONSANTO COMPANY; | * | |
| PFIZER, INC., LINDSAY BURKES, | * | |
| RYAN HOOKER, WILLIAM SETH | * | |
| JOYNER, CHRISTOPHER POOLE, | * | |
| BRENT WATERS, STENNIS WELLS | * | |
| | * | |
| Defendants. | | |

CIRCUIT
SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:      PHARMACIA COPORATION
                CT Corporation System
                645 Lakeland East Drive
                Flowood, Mississippi 39232

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                NAVAN WARD, JR.
                BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
                Post Office Box 4160
                Montgomery, Alabama 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT. OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER

FILED 6-_ 2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT COURT CV 59
CLERK JAMES BUD GREEN

THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your
Answer with the Clerk of this Court within a reasonable time afterward.

Catherine Shelton DC

Circuit Clerk

DATED: 6-8-07



FILED 6/__/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

**IN THE CIRCUIT COURT OF**
**PRENTISS COUNTY, MISSISSIPPI**

|  |  |  |
|---|---|---|
| **SYLVESTER JONES, individually** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL NO:** |
| | * | *CV2007-000199 G* |
| | * | |
| **G. D. SEARLE, LLC.** | * | |
| **PHARMACIA CORPORATION,** | * | |
| **MONSANTO COMPANY;** | * | |
| **PFIZER, INC., LINDSAY BURKES,** | * | |
| **RYAN HOOKER, WILLIAM SETH** | * | |
| **JOYNER, CHRISTOPHER POOLE,** | * | |
| **BRENT WATERS, STENNIS WELLS** | * | |
| | | |
| **Defendants.** | | |



This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**        MONSANTO COMPANY
Corporation Service Company
506 South President Street
Jackson, Mississippi 39201

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**NAVAN WARD, JR.**
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, Alabama 36103-4160**

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER

FILED 6-8-2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CV - 59
CLERK JAMES BUD GREEN

THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Catherine Shelton oc*

Circuit Clerk

DATED: 6-8-07



FILED 6/0/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

## IN THE CIRCUIT COURT OF
## PRENTISS COUNTY, MISSISSIPPI

|  |  |  |
|---|---|---|
| SYLVESTER JONES, individually | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO: |
| | * | CV2007-000199 G |
| | * | |
| G. D. SEARLE, LLC. | * | |
| PHARMACIA CORPORATION, | * | |
| MONSANTO COMPANY; | * | |
| PFIZER, INC., LINDSAY BURKES, | * | |
| RYAN HOOKER, WILLIAM SETH | * | |
| JOYNER, CHRISTOPHER POOLE, | * | |
| BRENT WATERS, STENNIS WELLS | * | |
| | * | |
| Defendants. | | |

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**    G. D. SEARLE, LLC.
CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**NAVAN WARD, JR.**
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, Alabama 36103-4160**

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER

FILED 6/8/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT, CIR - 59
CLERK JAMES BUD GREEN

THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Catherine Shelton dc*

Circuit Clerk

DATED: **6-8-07**



FILED 6/6/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

## IN THE CIRCUIT COURT OF
## PRENTISS COUNTY, MISSISSIPPI

|  |  |  |
|---|---|---|
| **SYLVESTER JONES, individually** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | CIVIL NO: |
| | * | *CV2007-000199 6* |
| **G. D. SEARLE, LLC.** | * | |
| **PHARMACIA CORPORATION,** | * | |
| **MONSANTO COMPANY;** | * | |
| **PFIZER, INC., LINDSAY BURKES,** | * | |
| **RYAN HOOKER, WILLIAM SETH** | * | |
| **JOYNER, CHRISTOPHER POOLE,** | * | |
| **BRENT WATERS, STENNIS WELLS** | * | |
| | * | |
| **Defendants.** | | |

*[Circuit Court seal: PRENTISS COUNTY CIRCUIT COURT SUMMONS MISSISSIPPI]*

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**    RYAN HOOKER
c/o PFIZER, INC.
CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**NAVAN WARD, JR.**
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, Alabama 36103-4160**

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER

FILED 6/.. 2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - FILE 59
CLERK JAMES BUD GREEN

THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Catherine Shelton* sc
Circuit Clerk

DATED: **6-8-07**



FILED 6/8/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

IN THE CIRCUIT COURT OF
PRENTISS COUNTY, MISSISSIPPI

SYLVESTER JONES, individually          *
                                       *
                                       *
                                       *
        Plaintiff,                     *
                                       *
vs.                                    *      CIVIL NO:
                                       *      CV2007-000196
                                       *
G. D. SEARLE, LLC.                     *
PHARMACIA CORPORATION,                 *
MONSANTO COMPANY;                      *
PFIZER, INC., LINDSAY BURKES,          *
RYAN HOOKER, WILLIAM SETH              *
JOYNER, CHRISTOPHER POOLE,             *
BRENT WATERS, STENNIS WELLS            *
                                       *
        Defendants.                    *



    This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        LINDSAY BURKES
                  c/o PFIZER, INC.
                  CT Corporation System
                  645 Lakeland East Drive
                  Flowood, Mississippi 39232

    The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                  NAVAN WARD, JR.
                  BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
                  Post Office Box 4160
                  Montgomery, Alabama 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER

FILED 6/8/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
PRENTISS CIRCUIT COURT, CIRCUIT
CLERK JAMES BUD GREEN

**THINGS DEMANDED IN THE COMPLAINT.** You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Catherine Shelton_ dc
Circuit Clerk

DATED: **6-8-07**



FILED 6/0/.2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

**IN THE CIRCUIT COURT OF**
**PRENTISS COUNTY, MISSISSIPPI**

|  |  |  |
|---|---|---|
| SYLVESTER JONES, individually | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | **CIVIL NO:** |
| | * | CV2007-000199G |
| | * | |
| G. D. SEARLE, LLC. | * | |
| PHARMACIA CORPORATION, | * | |
| MONSANTO COMPANY; | * | |
| PFIZER, INC., LINDSAY BURKES, | * | |
| RYAN HOOKER, WILLIAM SETH | * | |
| JOYNER, CHRISTOPHER POOLE, | * | |
| BRENT WATERS, STENNIS WELLS | * | |
| | * | |
| Defendants. | * | |



This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**     WILLIAM SETH JOYNER
c/o PFIZER, INC.
CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

NAVAN WARD, JR.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER

FILED 6/8/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CIR - 59
CLERK JAMES BUD GREEN

THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Catherine Shelton oc*
Circuit Clerk

DATED: __6-8-07__



FILED 6/../..007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

IN THE CIRCUIT COURT OF
PRENTISS COUNTY, MISSISSIPPI

|  |  |  |
|---|---|---|
| SYLVESTER JONES, individually | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO: |
| | * | *CV2007-000199G* |
| G. D. SEARLE, LLC. | * | |
| PHARMACIA CORPORATION, | * | |
| MONSANTO COMPANY; | * | |
| PFIZER, INC., LINDSAY BURKES, | * | |
| RYAN HOOKER, WILLIAM SETH | * | |
| JOYNER, CHRISTOPHER POOLE, | * | |
| BRENT WATERS, STENNIS WELLS | * | |
| | * | |
| Defendants. | | |

**PRENTISS COUNTY CIRCUIT SUMMONS COURT MISSISSIPPI**

   This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        CHRISTOPHER POOLE
                  c/o PFIZER, INC.
                  CT Corporation System
                  645 Lakeland East Drive
                  Flowood, Mississippi 39232

   The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

            NAVAN WARD, JR.
            BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
            Post Office Box 4160
            Montgomery, Alabama 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER

FILED 6/8/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CLERK JAMES BUD GREEN

THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your
Answer with the Clerk of this Court within a reasonable time afterward.

*Catherine Shelton DC*
Circuit Clerk

DATED: **6-8-07**



FILED 6/../2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

**IN THE CIRCUIT COURT OF
PRENTISS COUNTY, MISSISSIPPI**

|  |  |  |
|---|---|---|
| **SYLVESTER JONES, individually** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | CIVIL NO: |
| | * | _CV2007-000996_ |
| | * | |
| **G. D. SEARLE, LLC.** | * | |
| **PHARMACIA CORPORATION,** | * | |
| **MONSANTO COMPANY;** | * | |
| **PFIZER, INC., LINDSAY BURKES,** | * | |
| **RYAN HOOKER, WILLIAM SETH** | * | |
| **JOYNER, CHRISTOPHER POOLE,** | * | |
| **BRENT WATERS, STENNIS WELLS** | * | |
| | * | |
| **Defendants.** | | |

## SUMMONS

    This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**    BRENT WATERS,
c/o PFIZER, INC.
CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

    The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

        **NAVAN WARD, JR.**
        **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
        **Post Office Box 4160**
        **Montgomery, Alabama 36103-4160**

    the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER

FILED 6/__007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID - 59
CLERK JAMES BUD GREEN

THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Catherine Shelton* dc

Circuit Clerk

DATED: **6-8-07**



FILED 6/6/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

**IN THE CIRCUIT COURT OF
PRENTISS COUNTY, MISSISSIPPI**

|  |  |  |
|---|---|---|
| SYLVESTER JONES, individually | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO: |
| | * | *CV2007-000199 G* |
| | * | |
| G. D. SEARLE, LLC. | * | |
| PHARMACIA CORPORATION, | * | |
| MONSANTO COMPANY; | * | |
| PFIZER, INC., LINDSAY BURKES, | * | |
| RYAN HOOKER, WILLIAM SETH | * | |
| JOYNER, CHRISTOPHER POOLE, | * | |
| BRENT WATERS, STENNIS WELLS | * | |
| | | |
| Defendants. | | |



This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**     STENNIS WELLS
2223 Wild Valley Drive
Jackson, Mississippi 39211

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**NAVAN WARD, JR.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160**

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER

FILED 6-__-007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID # 59
CLERK JAMES BUD GREEN

THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Catherine Shelton oc

Circuit Clerk

DATED:   6-8-07



FILED 6. .007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

**IN THE CIRCUIT COURT OF**
**PRENTISS COUNTY, MISSISSIPPI**

|  |  |  |
|---|---|---|
| **SYLVESTER JONES, individually** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL NO:** |
| | * | *CV2007-000 A9 G* |
| | * | |
| **G. D. SEARLE, LLC.** | * | |
| **PHARMACIA CORPORATION,** | * | |
| **MONSANTO COMPANY;** | * | |
| **PFIZER, INC., LINDSAY BURKES,** | * | |
| **RYAN HOOKER, WILLIAM SETH** | * | |
| **JOYNER, CHRISTOPHER POOLE,** | * | |
| **BRENT WATERS, STENNIS WELLS** | * | |
| | | |
| **Defendants.** | | |



This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**       PFIZER, INC.
                           CT Corporation System
                           645 Lakeland East Drive
                           Flowood, Mississippi 39232

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to.

**NAVAN WARD, JR.**
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, Alabama 36103-4160**

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER

FILED 6/8/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CLERK JAMES BUD GREEN

THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your
Answer with the Clerk of this Court within a reasonable time afterward.

*Catherine Shelton* DC

Circuit Clerk

DATED: 6/8/07



**CT**
a Wolters Kluwer business

CT
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

1 936 7400 tel
601 932 4527 fax
www.ctlegalsolutions.com

June 21, 2007

Navan Ward Jr.
Beasley, Allen Crow Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103

Re:  Sylvester Jones, Individually, Pltf. vs. G.D. Searle, LLC et al. including
Christopher Poole c/o Pfizer, Inc. Dfts.
Case No. CV2007-00199G

Dear Sir/Madam:

CT Corporation System received the enclosed Summons, Complaint.

Please be advised that CT Corporation System does not serve as registered agent for any
individual, and therefore cannot accept process directed in this manner.  Neither can CT accept
process directed to an individual in care of a company for which we furnish the statutory agent.

Accordingly, we are returning the document for further disposition

Very truly yours,

*Joanie Sours*

Joanie Sours

Cc: Prentis County Circuit Court
P.O. Box 727
Booneville, MS 38829

**FILED**
JUN 2 5 2007
BUD GREEN
CIRCUIT CLERK

FIL  6/8/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

## IN THE CIRCUIT COURT OF
## PRENTISS COUNTY, MISSISSIPPI

|  |  |  |
|---|---|---|
| SYLVESTER JONES, individually | * | |
|  | * | |
| Plaintiff, | * | |
|  | * | |
| vs. | * | CIVIL NO: |
|  | * | *CV2007-000199 G* |
|  | * | |
| G. D. SEARLE, LLC. | * | |
| PHARMACIA CORPORATION, | * | |
| MONSANTO COMPANY; | * | |
| PFIZER, INC., LINDSAY BURKES, | * | |
| RYAN HOOKER, WILLIAM SETH | * | |
| JOYNER, CHRISTOPHER POOLE, | * | |
| BRENT WATERS, STENNIS WELLS | * | |
|  | * | |
| Defendants. | * | |

PRENTISS COUNTY
CIRCUIT
SUMMONS
COURT
MISSISSIPPI

        This service by certified mail of this summons is initiated upon the written request of
Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**      CHRISTOPHER POOLE
                    c/o PFIZER, INC.
                    CT Corporation System
                    645 Lakeland East Drive
                    Flowood, Mississippi 39232

        The Complaint, which is attached to this summons, is important and you must take
immediate action to protect your rights.  You are required to mail or hand-deliver a copy of a
written Answer, either admitting or denying each allegation in the Complaint to,

                    **NAVAN WARD, JR.**
                    **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
                    **Post Office Box 4160**
                    **Montgomery, Alabama 36103-4160**

FILED

JUN 2 5 2007

BUD GREEN
CIRCUIT CLERK

the attorney for the Plaintiffs.  THIS ANSWER MUST BE MAILED OR DELIVERED
WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS
AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT
BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER



UNITED STATES POSTAGE

PITNEY BOWES

$ 07.12⁰

02 1A
0004603457    JUN 19 2007
MAILED FROM ZIP CODE 36104



7140 3901 9849 2476 7224

RETURN RECEIPT REQUESTED

ASLEY, ALLEN, CROW, METI
*Attorneys*
POST OFFICE
MONTGOMERY, ALA
Address Service

CHRISTOPHER POOLE
c/o PFIZER, INC. - CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

FILED

JUN 2 5 2007

BUD GREEN
CIRCUIT CLERK



CT
a Wolters Kluwer business

CT
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

601 936 7400 tel
601 932 4527 fax
www.ctlegalsolutions.com

June 21, 2007

Navan Ward Jr.
Beasley, Allen Crow Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103

Re:  Sylvester Jones, Individually, Pltf. vs. G.D. Searle, LLC et al. including
William Seth Joyner c/o Pfizer, Inc. Dfts.
Case No. CV2007-00199G

Dear Sir/Madam:

CT Corporation System received the enclosed Summons, Complaint.

Please be advised that CT Corporation System does not serve as registered agent for any
individual, and therefore cannot accept process directed in this manner.  Neither can CT accept
process directed to an individual in care of a company for which we furnish the statutory agent.

Accordingly, we are returning the document for further disposition

Very truly yours,

Joanie Sours

Joanie Sours

Cc: Prentiss Co.  Circuit Court
PO Box 727
Booneville MS, 38829

FILED
JUN 2 5 2007
BUD GREEN
CIRCUIT CLERK

FILE  /8/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

**IN THE CIRCUIT COURT OF**
**PRENTISS COUNTY, MISSISSIPPI**

|  |  |
|---|---|
| SYLVESTER JONES, individually | * |
|  | * |
| Plaintiff, | * |
|  | * |
| vs. | * |
|  | * |
| | * |
| G. D. SEARLE, LLC. | * |
| PHARMACIA CORPORATION, | * |
| MONSANTO COMPANY; | * |
| PFIZER, INC., LINDSAY BURKES, | * |
| RYAN HOOKER, WILLIAM SETH | * |
| JOYNER, CHRISTOPHER POOLE, | * |
| BRENT WATERS, STENNIS WELLS | * |
|  | * |
| Defendants. | * |

CIVIL NO:
CV2007-000199G

CIRCUIT SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:        WILLIAM SETH JOYNER
                  c/o PFIZER, INC.
                  CT Corporation System
                  645 Lakeland East Drive
                  Flowood, Mississippi 39232

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

NAVAN WARD, JR.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
Post Office Box 4160
Montgomery, Alabama 36103-4160

**FILED**

JUN 2 5 2007

BUD GREEN
CIRCUIT CLERK

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER



UNITED STATES POSTAGE
PITNEY BOWES
$ 07.12⁰
02 1A
0004603457    JUN 19 2007
MAILED FROM ZIP CODE 36104



**CERTIFIED MAIL**

7160 3901 9849 1052 3198

**RETURN RECEIPT REQUESTED**

ASLEY, ALLEN, CROW, .
*Att*
POST O
MONTGOMER!
Address !

WILLIAM SETH JOYNER
c/o PFIZER, INC. - CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

**FILED**

JUN 2 5 2007

BUD GREEN
CIRCUIT CLERK



CT
a Wolters Kluwer business

CT
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

1 936 7400 tel
601 932 4527 fax
www.ctlegalsolutions.com

June 21, 2007

Navan Ward Jr.
Beasley, Allen Crow Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103

Re: Sylvester Jones, Individually, Pltf. vs. G.D. Searle, LLC et al. including
Ryan Hooker c/o Pfizer, Inc. Dfts.
Case No. CV2007-00199G

Dear Sir/Madam:

CT Corporation System received the enclosed Summons, Complaint.

Please be advised that CT Corporation System does not serve as registered agent for any
individual, and therefore cannot accept process directed in this manner. Neither can CT accept
process directed to an individual in care of a company for which we furnish the statutory agent.

Accordingly, we are returning the document for further disposition

Very truly yours,

Joanie Sours

Joanie Sours

Cc: Prentiss County Circuit Court
P.O. Box 727
Booneville, MS 38829

FILED
JUN 25 2007
BUD GREEN
CIRCUIT CLERK

FIL    6/8/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

**IN THE CIRCUIT COURT OF**
**PRENTISS COUNTY, MISSISSIPPI**

|  |  |
|---|---|
| **SYLVESTER JONES, individually** | * |
|  | * |
| Plaintiff, | * |
|  | * |
| **vs.** | * |
|  | * **CIVIL NO:** |
|  | * *CV2007-0001996* |
| **G. D. SEARLE, LLC.** | * |
| **PHARMACIA CORPORATION,** | * |
| **MONSANTO COMPANY;** | * |
| **PFIZER, INC., LINDSAY BURKES,** | * |
| **RYAN HOOKER, WILLIAM SETH** | * |
| **JOYNER, CHRISTOPHER POOLE,** | * |
| **BRENT WATERS, STENNIS WELLS** | * |
|  | * |
| Defendants. | * |

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**      RYAN HOOKER
c/o PFIZER, INC.
CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

NAVAN WARD, JR.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

**FILED**
JUN 2 5 2007
BUD GREEN
CIRCUIT CLERK

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER



$ 07.12⁰
PITNEY BOWES
02 1A
0004603457    JUN 19 2007
MAILED FROM ZIP CODE 36104



CERTIFIED MAIL

7010 3701 9849 1052 2511

**RETURN RECEIPT REQUESTED**

ASLEY, ALLEN, CROW, METHVIN, P.
*Attorneys at Law*
POST OFFICE BOX 416(
MONTGOMERY, ALABAMA 361
Address Service Requeste

RYAN HOOKER
c/o PFIZER, INC. - CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

**FILED**
JUN 2 5 2007
**BUD GREEN**
CIRCUIT CLERK





CT
a Wolters Kluwer business

CT
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

601 936 7400 tel
601 932 4527 fax
www.ctlegalsolutions.com

June 21, 2007

Navan Ward Jr.
Beasley, Allen Crow Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103

Re:  Sylvester Jones, Individually, Pltf. vs. G.D. Searle, LLC et al. including
Brent Waters c/o Pfizer, Inc. Dfts.
Case No. CV2007-00199G

Dear Sir/Madam:

CT Corporation System received the enclosed Summons, Complaint.

Please be advised that CT Corporation System does not serve as registered agent for any
individual, and therefore cannot accept process directed in this manner.  Neither can CT accept
process directed to an individual in care of a company for which we furnish the statutory agent.

Accordingly, we are returning the document for further disposition

Very truly yours,

Joanie Sours

Cc:  Prentiss County  Circuit Court
     PO Box 127
     Booneville, MS 38829

FILED
JUN 2 5 2007
BUD GREEN
CIRCUIT CLERK

FILE /8/2007 - 4:01 PM
BY KITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CLERK JAMES BUD GREEN

**IN THE CIRCUIT COURT OF
PRENTISS COUNTY, MISSISSIPPI**

|  |  |  |
|---|---|---|
| SYLVESTER JONES, individually | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL NO: |
| | * | *CV2007-000199* |
| G. D. SEARLE, LLC. | * | |
| PHARMACIA CORPORATION, | * | |
| MONSANTO COMPANY; | * | |
| PFIZER, INC., LINDSAY BURKES, | * | |
| RYAN HOOKER, WILLIAM SETH | * | |
| JOYNER, CHRISTOPHER POOLE, | * | |
| BRENT WATERS, STENNIS WELLS | * | |
| Defendants. | | |

**SUMMONS**

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**     BRENT WATERS
c/o PFIZER, INC.
CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

**FILED**
**JUN 2 5 2007**
**BUD GREEN CIRCUIT CLERK**

The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights. You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

**NAVAN WARD, JR.**
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
**Post Office Box 4160**
**Montgomery, Alabama 36103-4160**

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER



UNITED STATES POSTAGE
$ 07.12⁰    PITNEY BOWES
02 1A          JUN 19 2007
0004603457
MAILED FROM ZIP CODE 36104



7140 3901 9849 2576 7472

**RETURN RECEIPT REQUESTED**

LEY, ALLEN, CROW, METH
*Attorneys a*
POST OFFICE E
MONTGOMERY, ALAB.
Address Service 1

BRENT WATERS
c/o PFIZER, INC. – CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

**FILED**

JUN 2 5 2007

BUD GREEN
CIRCUIT CLERK



CT
a Wolters Kluwer business

CT
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

1 936 7400 tel
601 932 4527 fax
www.ctlegalsolutions.com

June 21, 2007

Navan Ward Jr.
Beasley, Allen Crow Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103

Re: Sylvester Jones, Individually, Pltf. vs. G.D. Searle, LLC et al. including
Lindsay Burkes c/o Pfizer, Inc. Dfts.
Case No. CV2007-00199G

Dear Sir/Madam:

CT Corporation System received the enclosed Summons, Complaint.

Please be advised that CT Corporation System does not serve as registered agent for any
individual, and therefore cannot accept process directed in this manner. Neither can CT accept
process directed to an individual in care of a company for which we furnish the statutory agent.

Accordingly, we are returning the document for further disposition

Very truly yours,

Joanie Sours

Joanie Sours

Cc: Prentiss Co. Circuit Ct.
P.O. Box 727
Booneville, MS 38829

FILED
JUN 2 5 2007
JUD GREEN
CIRCUIT CLERK

FIL    6/8/2007 - 4:01 PM
BY NITTY SHELTON
CASE NB CV2007-000199 - TJG
CIRCUIT CIVIL COURT - CID = 59
CIRCUIT CLERK JAMES BUD GREEN

## IN THE CIRCUIT COURT OF
## PRENTISS COUNTY, MISSISSIPPI

SYLVESTER JONES, individually

      Plaintiff,

vs.

CIVIL NO:

*Cv2007-000199G*

G. D. SEARLE, LLC.
PHARMACIA CORPORATION,
MONSANTO COMPANY;
PFIZER, INC., LINDSAY BURKES,
RYAN HOOKER, WILLIAM SETH
JOYNER, CHRISTOPHER POOLE,
BRENT WATERS, STENNIS WELLS

      Defendants.

*CIRCUIT SUMMONS COURT*

    This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**    LINDSAY BURKES
                c/o PFIZER, INC.
                CT Corporation System
                645 Lakeland East Drive
                Flowood, Mississippi 39232

*FILED*

*JUN 2 5 2007*

*BUD GREEN*
*CIRCUIT CLERK*

    The Complaint, which is attached to this summons, is important and you must take immediate action to protect your rights.  You are required to mail or hand-deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

        NAVAN WARD, JR.
        BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
        Post Office Box 4160
        Montgomery, Alabama 36103-4160

the attorney for the Plaintiffs.  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER



UNITED STATES POSTAGE

$ 07.12⁰
PITNEY BOWES
JUN 19 2007

02 1A
0004603457
MAILED FROM ZIP CODE 36104



**RETURN RECEIPT REQUESTED**

7160 3901 9849 1052 2726

SLEY, ALLEN, CRO\
POS
MONTGOM
Addr

**LINDSAY BURKES**
c/o PFIZER, INC. – CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

**FILED**

JUN 2 5 2007

**BUD GREEN**
CIRCUIT CLERK



# Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

JERE LOCKE BEASLEY
J. GREG ALLEN
MICHAEL J. CROW
THOMAS J. METHVIN
J. COLE PORTIS
W. DANIEL MILES, III
R. GRAHAM ESDALE, JR.
JULIA ANNE BEASLEY
RHON E. JONES
LABARRON N. BOONE
ANDY D. BIRCHFIELD, JR.
RICHARD D. MORRISON ·
C. GIBSON VANCE
J. P. SAWYER · ,
C. LANCE GOULD

JOSEPH H. AUGHTMAN
DANA G. TAUNTON
J. MARK ENGLEHART ,
CLINTON C. CARTER · ,
BENJAMIN E. BAKER, JR. , ± · · ·
DAVID B. BYRNE, III
TED G. MEADOWS · ± · ·
GERALD B. TAYLOR, JR. · · ,
FRANK WOODSON
KENDALL C. DUNSON ,
J. PAUL SIZEMORE · ,
SCARLETTE M. TULEY
CHRISTOPHER E. SANSPREE ·
ROMAN ASHLEY SHAUL · · · ·
W. ROGER SMITH, III · · · ·

*Attorneys at Law*
218 COMMERCE STREET
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA
36103-4160
(334) 269-2343

TOLL FREE
(800) 898-2034

TELECOPIER
(334) 954-7555

BEASLEYALLEN.COM

LARRY A. GOLSTON, JR. · ±
D. MICHAEL ANDREWS
MELISSA A. PRICKETT
JOHN E. TOMLINSON
KIMBERLY R. WARD ·
NAVAN WARD, JR. ·
WESLEY CHADWICK COOK

OF COUNSEL:
BENJAMIN L. LOCKLAR
P. LEIGH O'DELL

▼ ALSO ADMITTED IN ARIZONA
◊ ALSO ADMITTED IN ARKANSAS
▽ ALSO ADMITTED IN FLORIDA
▲ ALSO ADMITTED IN GEORGIA
* ALSO ADMITTED IN MINNESOTA
· ALSO ADMITTED IN MISSISSIPPI
Ø ALSO ADMITTED IN NEW YORK
ø ALSO ADMITTED IN OHIO
Θ ALSO ADMITTED IN OKLAHOMA
ŧ ALSO ADMITTED IN SOUTH CAROLINA
± ALSO ADMITTED IN TENNESSEE
± ALSO ADMITTED IN TEXAS
Σ ALSO ADMITTED IN WASHINGTON, D.C.
∇ ALSO ADMITTED IN WEST VIRGINIA

JAMES W. TRAEGER
1953-1987

RONALD AUSTIN CANTY
1963-2004

June 27, 2007

Civil Circuit Clerk
Prentiss County Courthouse
103 N. Main Street
Booneville, Mississippi 38829

Re:    *Jones, Sylvester v. Pfizer, Inc. et al.*

To Whom It May Concern:

Please find the proof of service for Stennis Wells, Monsanto Company, William Seth Joyner, Pfizer, Inc., Ryan Hooker, Brent Waters, Lindsay Burkes, Christopher Poole, and Pharmacia Corporation.  We are still waiting on the proof of service from G.D. Searle and once received we will send.  Please file these accordingly.

If there are any questions or concerns please contact me at 1-800-898-2034, ext. 472.

Sincerely,

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.

*Angela R. Upton*

Angela R. Upton
Legal Assistant to Navan Ward, Jr.

Enclosures

FILED

JUN 24 2007

BUD GREEN
CIRCUIT CLERK

|||| 7160 3901 9849 2976 7224

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
6-21-0

C. Signature
X

☐ Agent
☐ Addressee

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

**CHRISTOPHER POOLE**
c/o PFIZER, INC. - CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

PS Form 3811, January 2005          Domestic Return Receipt

---

2. Article Number

|||| 7160 3901 9849 2976 7491

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
6-21-0

C. Signature
X

☐ Agent
☐ Addressee

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

**BRENT WATERS**
c/o PFIZER, INC. - CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

PS Form 3811, January 2005          Domestic Return Receipt

**2. Article Number**

7160 3901 9849 1052 2511

A. Received by (Please Print Clearly)   B. Date of Delivery

J Jeantreau   6-21-07

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

RYAN HOOKER
c/o PFIZER, INC. - CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

PS Form 3811, January 2005        Domestic Return Receipt

---

**2. Article Number**

7160 3901 9849 1052 2689

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

J Jeantreau   6-21-c

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

**3. Service Type   CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

PFIZER, INC.
CT Corporation System
645 Lakeland East Drive
Flowood, Mississippi 39232

PS Form 3811, January 2005        Domestic Return Receipt

7160 3901 9849 1052 2702

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

PHARMACIA COPORATION

CT Corporation System

645 Lakeland East Drive

Flowood, Mississippi 39232

99 RO2i

PS Form 3811, January 2005        Domestic Return Receipt

2. Article Number

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
Mrs. D. Jackson | 6-21-07

C. Signature
X Dabbra Jackson    ☐ Agent  ☐ Addressee

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

7160 3901 9849 2976 7484

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

**STENNIS WELLS**

2223 Wild Valley Drive

Jackson, Mississippi 39211

PS Form 3811, January 2005        Domestic Return Receipt

**UNITED STATES POSTAL SERVICE**

21 JUN 2007 PM 3 L

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES
PO BOX 4160
MONTGOMERY AL  36103-4160

ATTN: MASS TORTS/ANGELA UPTON

Jones

---

**UNITED STATES POSTAL SERVICE**

JACKSON MS 392

21 JUN 2007 PM 1 L

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

BEASLEY ALLEN CROW METHVIN
PORTIS & MILES
PO BOX 4160
MONTGOMERY AL  36103-4160

ATTN: MASS TORTS/ANGELA UPTON

Jones

UNITED STATES POSTAL SERVICE
JACKSON MS 392

21 JUN 2007 PM 3 T

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW ●

**BEASLEY ALLEN CROW METHVIN**
**PORTIS & MILES**
**PO BOX 4160**
**MONTGOMERY AL  36103-4160**

ATTN: MASS TORTS/ANGELA UPTON

Jones

# FEE BILL, CIVIL CASES, CIRCUIT COURT
### STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**
**PRENTISS COUNTY**

No. 15340

CASE NO. A2007-000/49

Sylvester Jones

vs.

Pfizer et al

Printed by RICHARDSON - Tupelo

| | |
|---|---|
| Court Administrator | $ 2.00 |
| Jury Tax | 3.00 |
| Court Reporter's Fee | 10.00 |
| Law Library | 5.50 |
| State Court Education Fund | 2.00 |
| State Court Constituents Fee | .50 |
| Clerk's Fee | 75.00 |
| **Sub-Total** | **98.00** |
| Sheriff's Fee | |
| Fees of other Sheriff's | |
| State Comm. or Officers | |
| Other | |
| Other | 113.00 |
| Other | |
| Other | |
| Marriage License....[Domestic Violence 14.00  Clerk's Fee 6.00]  [Statistical Record Fee $1.00] | |
| Amount Paid | |
| Amount Due | |

How Paid:  ☐ Cash   Payment received from Buckley Allen

☐ Check   this the 8 day of June A.D. 2007  113.00 Dollars

☒ Money Order

By Catherine Shutton   D.C. Bobby Green  Circuit Clerk

Prescribed by Miss. State Dept. of Audit