STAY, TRANSFERRED MDL

## U.S. District Court
### Northern District of Alabama (Western)
### CIVIL DOCKET FOR CASE #: 7:07-cv-00045-HGD

Dunlap v. Pfizer Inc. et al  
Assigned to: Magistrate-Judge Harwell G Davis, III  
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 01/05/2007  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Federal Question

**Plaintiff**

**Sandra S. Dunlap**  
*as the Administratrix of the Estates of Thomas Dudley Dunlap*

represented by **Gerald B Taylor, Jr**  
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC  
P.O. Box 4160  
Montgomery, AL 36103-4160  
205-269-2343  
Fax: 334-954-7955  
Email: jerry.taylor@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jere L Beasley**  
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC  
PO Box 4160  
Montgomery, AL 36103-4160  
1-334-269-2343  
Email: jere.beasley@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Navan Ward, Jr**  
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC  
234 Commerce Street  
PO Box 4160  
Montgomery, AL 36103-4160  
334-269-2343  
Fax: 334-954-7555  
Email: navan.ward@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

EXHIBIT D

**Defendant**

**Pfizer Inc.**
*a Delaware Corporation*

represented by **Lawrence B Clark**
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
Suite 1600 Wachovia Tower
420 20th Street North
Birmingham, AL 35203
205-328-0480
Fax: 205-322-8007
Email: lclark@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Asbell**
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC
SouthTrust Tower, Suite 1600
420 North 20th Street
Birmingham, AL 35203-5202
205-244-3811
Fax: 205-488-3811
Email: jasbell@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**
*a Delaware Corporation*

represented by **Lawrence B Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Asbell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**
*a Delaware Corporation*

represented by **Lawrence B Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Asbell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle, LLC**

represented by **Lawrence B Clark**

a Delaware Corporation

(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Michael J Asbell**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

Bryan G. Robinson

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2007 | 1 | NOTICE OF REMOVAL by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Pfizer Inc., from Circuit Court of Tuscaloosa County, Alabama, case number 63-CV-06-900022. (Filing fee $ 350, receipt number: 200 232639 )filed by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Pfizer Inc. (Attachments: # 1 Notice of Removal part 2)(AHI) (Entered: 01/09/2007) |
| 01/05/2007 | 2 | NOTICE of Certificate of Filing Notice of Removal by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Pfizer Inc. (AHI) (Entered: 01/09/2007) |
| 01/05/2007 | 3 | ANSWER to Complaint by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Pfizer Inc.(AHI) (Entered: 01/09/2007) |
| 01/08/2007 | 4 | NOTICE of Corporate Disclosure by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Pfizer Inc. (AHI) (Entered: 01/09/2007) |
| 01/08/2007 | 5 | MOTION to Stay all proceedings pending transfer to MDL by Pharmacia Corporation, Monsanto Company, G.D. Searle, LLC, Pfizer Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (AHI ) (Entered: 01/09/2007) |
| 01/10/2007 |  | ORDER granting 5 Motion to Stay. Signed by Judge Harwell G Davis III on 1/10/07. (LBG, ) (Entered: 01/10/2007) |
| 03/02/2007 | 6 | ORDER Transferring Case to MDL: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the Northern District of California for inclusion in MDL 05-1699; certified copy of docket entries and documents requested by transferee clerk emailed to Clerk of Court in District of Northern District of California. (MNH) (Entered: 03/02/2007) |
| 03/02/2007 | 7 | NOTICE of transmittal letter to the Northern District of California. Copies of transfer order, docket sheet and files emailed as requested to be included in MDL. (MNH) (Entered: 03/02/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/05/2007 15:37:47 | | | |
| PACER Login: | sp0413 | Client Code: | 085-0211 |
| Description: | Docket Report | Search Criteria: | 7:07-cv-00045-HGD |
| Billable Pages: | 2 | Cost: | 0.16 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY C. MORRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CASE NO. 2:06-cv-349-MEF |
| PFIZER, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

### **O R D E R**

Upon consideration of the plaintiff's Motion to Expedite Ruling on Motion to Remand (Doc. #16) filed on May 25, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this 26th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OZZIE JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-841-F |
| ) | |
| PFIZER, INC., *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This cause is before the Court on Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. # 14) filed on September 26, 2005. The Court has considered the arguments in support of and in opposition to this motion. It is hereby ORDERED as follows:

1. Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. # 14) is GRANTED and this case is STAYED pending a final decision from the Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

2. A ruling on Plaintiffs' Motion to Remand (Doc. # 8) filed on September 7, 2005, is WITHHELD pending a final decision from the Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

DONE, this 5th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSE M. NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:05-cv-832-F |
| ) | |
| PFIZER, INC., *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This cause is before the Court on Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. # 16) filed on September 26, 2005. The Court has considered the arguments in support of and in opposition to this motion. It is hereby ORDERED as follows:

1. Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. # 16) is GRANTED and this case is STAYED pending a final decision from the Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

2. A ruling on Plaintiffs' Motion to Remand (Doc. # 8) filed on September 7, 2005 is WITHHELD pending a final decision from the Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

DONE this 20th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATIE THOMAS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PFIZER, INC., *et. al.*, )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-824-F |

## ORDER

This cause is before the Court on Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. # 14) filed on September 26, 2005. The Court has considered the arguments in support of and in opposition to this motion. It is hereby ORDERED as follows:

1. Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. # 14) is GRANTED and this case is STAYED pending a final decision from the Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

2. A ruling on Plaintiffs' Motion to Remand (Doc. # 7) filed on September 7, 2005 is WITHHELD pending a final decision from the Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

DONE this 15th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD L. MCGRADY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:06-cv-431-MEF |
| PFIZER, INC., *et. al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This cause is before the Court on Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. # 5) filed on May 22, 2006. The Court has considered the arguments in support of and in opposition to this motion. It is hereby ORDERED that the motion is GRANTED and this case is STAYED pending a final decision from the Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

DONE this 23rd day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM RANDOLPH HALL, SR., )
As the Administrator of the Estate of )
WILLIAM RANDOLPH HALL, JR., )
                                       )
    Plaintiff, )
                                       )
v. ) CASE NO. 2:05-cv-941-F
                                       )
PFIZER, INC., *et. al.*, )
    Defendants. )

## ORDER

This cause is before the Court on Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. # 9) filed on 21 October 2005. The Court has considered the arguments in support of and in opposition to this motion. It is hereby ORDERED as follows:

1. Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. # 9) is GRANTED. This cause is STAYED pending MDL transfer to *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation, MDL-1699.*

2. A ruling on Plaintiffs' Motion to Remand (Doc. # 7) filed on 7 October 2005 is WITHHELD pending a final decision from the Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

3. Defendant's Motion for Leave to File Reply (Doc. # 12) is DENIED as

MOOT.

DONE this 21ST day of November, 2005.

>  /s/ Vanzetta Penn McPherson
>  VANZETTA PENN MCPHERSON
>  UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANN BEVERLY, etc.,          :
                            :
     Plaintiff,             :
                            :
vs.                         :   CIVIL ACTION 05-0542-M
                            :
PFIZER INC., et al.,        :
                            :
     Defendants.            :

ORDER

The Court heard from counsel this date by telephone on the Notice of Parties' Planning Meeting (Doc. 15) and the status of this action. It appears that this action will be transferred as a tag-along action to the Northern District of California within the next several days, to become a part of MDL-1699, *In re Bextra and Cellebrex Marketing, Sales, Practices and Products Liability Litigation*. Therefore, Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. 7) is **GRANTED**.

Plaintiff's Motion for Expedited, Emergency Ruling (Doc. 10) is **MOOT**. Plaintiff's Emergency Motion to Remand and Motion for Sanctions (Doc. 9), with supporting brief (Doc. 11), and Defendants' Reply Brief (Doc. 13) will be considered if and when this action is remanded to this District.

The fictitious parties set out in the complaint are

hereby **STRICKEN** since fictitious party pleading is not generally recognized under the Federal Rules of Civil Procedure. See e.g., Fed.R.Civ.P. 10(a); 28 U.S.C. § 1441(a); Rommell v. Automobile Racing Club of America, Inc., 964 F.2d 1090, 1098 n.14 (11th Cir. 1992); Weeks v. Benton, 649 F.Supp. 1297, 1298 (S.D. Ala. 1986).

Counsel for the parties are to ensure that all future filings contain the correct and proper names of the corporate Defendants as more fully set out in Defendants' Answer (Doc. 2).

DONE this 17th day of November, 2005.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE